IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:13-CV-12227 |
| vs. ) | |
| ) | Honorable Robert H. Cleland |
| GLENN PLUMMER, *and* ) | |
| KARIN A. PLUMMER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER SUBSTITUTING COUNSEL FOR THE UNITED STATES**

Upon the United States' Motion to Substitute Counsel for the United States and upon good cause show, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. Patrick B. Gushue is substituted for Stephen A. Sherman as counsel for the United States.

2. Stephen A. Sherman shall be terminated from the ECF distribution list.

IT IS SO ORDERED.

Dated: September 23, 2013                             s/Robert H. Cleland

                                                                  HON. ROBERT H. CLELAND