IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:13-CV-12227 |
| vs. ) | |
| ) | Hon. Robert H. Cleland |
| GLENN PLUMMER, *and* ) | |
| KARIN A. PLUMMER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT AS TO DEFENDANT GLENN PLUMMER

Upon the Stipulation entered by the Plaintiff United States of America and Defendant Glenn Plummer, judgment is hereby **ENTERED** in the above-captioned action as follows:

(A) A money judgment in favor of the Plaintiff United States of America and against the Defendant Glenn Plummer for the unpaid income tax liabilities in the sum of $46,571.83, as of September 25, 2013, for the tax years 2004, 2006, and 2007 plus statutory additions accruing after September 25, 2013, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 28 U.S.C. § 1961(c);

(B) A money judgment in favor of the Plaintiff United States of America and against the Defendant Glenn Plummer for unpaid income tax liabilities in the sum of $82,454.65, as of September 25, 2013, for the tax years 2005, 2008, 2009, and 2010 plus statutory additions accruing after September 25, 2013, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 28 U.S.C. § 1961(c); and

(C)     A money judgment in favor of the Plaintiff United States of America and against the Defendant Glenn Plummer for unpaid 26 U.S.C. § 6672 liabilities with regard to L Plummer Communications, Inc. d/b/a WLPC TV-26 Detroit, for the following tax periods ending 03/31/2002, 06/30/2002, 09/30/2002, 03/31/2003, 09/30/2003, 12/31/2003, 06/30/2004, 09/30/2004, 12/31/2004, 03/31/2005, 06/30/2005, 12/31/2005, 03/31/2006, 06/30/2006, 09/30/2006, 12/31/2006, 03/31/2007, 06/30/2007, 12/31/2007, 03/31/2008, 06/30/2008, 09/30/2008, 12/31/2008, 03/31/2009, 06/30/2009, 09/30/2009, 12/31/2009, in the amount $491,974.86, as of September 25, 2013 plus statutory additions accruing after September 25, 2013, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 28 U.S.C. § 1961(c);

**IT IS SO ORDERED, ADJUDGED, AND DECREED**.

Dated: March 3, 2014              s/Robert H. Cleland
                                  ROBERT H. CLELAND
                                  United States District Court Judge

2

11168672.1