IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GLENN PLUMMER, and ) <br> KARIN A. PLUMMER, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:13-CV-12227 <br><br> Hon. Robert H. Cleland |

## **JUDGMENT AS TO DEFENDANT KARIN PLUMMER**

Upon the Stipulation entered by the Plaintiff United States of America and Defendant Karin Plummer, judgment is hereby **ENTERED** in the above-captioned action as follows:

(A)     A money judgment in favor of the Plaintiff United States of America and against the Defendant Karin Plummer for the unpaid income tax liabilities in the sum of $46,243.93, as of February 3, 2015, for the tax years 2004, and 2006-2011, plus statutory additions accruing after February 3, 2015, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 28 U.S.C. § 1961(c);

(B)     A money judgment in favor of the Plaintiff United States of America and against the Defendant Karin Plummer for unpaid 26 U.S.C. § 6672

1

12622110.1

liabilities with regard to L Plummer Communications, Inc. d/b/a WLPC TV-26 Detroit, for the tax periods ending 09/30/2004, 12/31/2004, 03/31/2005, 06/30/2005, and 12/31/2005, in the amount $109,260.25, as of February 3, 2015, plus statutory additions accruing after February 3, 2015, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 28 U.S.C. § 1961(c).

**IT IS SO ORDERED, ADJUDGED, AND DECREED**.


Dated:_April 27, 2015          _s/Robert H. Cleland
                               United States District Court Judge